AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\*\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

ARTIS MOORE,

       Petitioner,         JUDGMENT IN A CIVIL CASE
V.

                           CASE NUMBER: **3:07-cv-00240-RCJ-RAM**

E.K. McDANIEL, et al.,

       Respondents.

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

\_X\_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the amended petition for a writ of habeas corpus [24] is DENIED IN ITS ENTIRETY. FURTHER ORDERED that petitioner is DENIED A CERTIFICATE OF APPEALABILITY.

 March 21, 2011                                            **LANCE S. WILSON**
                                                                   Clerk

                                                                /s/ M. Campbell
                                                                  Deputy Clerk